# N & R Services/Gulfcoast Trucking, LLC
# Alfredo Hernandez crew

| First Name | Last Name | | Amount |
|---|---|---|---:|
| Luis Alberto | Barrios-Marmolejo | TOTAL DUE: $ | - |
| Juan Antonio | Castillo-Morquecho | TOTAL DUE: $ | 1,403.44 |
| Raul | Cornejo-Monge | TOTAL DUE: $ | - |
| Armando | Cruz-Vazquez | TOTAL DUE: $ | 55.64 |
| David | Davila-Aguilar | TOTAL DUE: $ | - |
| Juan Gabriel | Davila-Davila | TOTAL DUE: $ | 302.40 |
| Jorge | De Lira-Alvarez | TOTAL DUE: $ | 610.64 |
| Margarito | De Lira-Ruiz | TOTAL DUE: $ | 1,252.60 |
| Luis | Esparza-Salinas | TOTAL DUE: $ | 733.12 |
| Armando | Flores-Del Angel | TOTAL DUE: $ | 487.40 |
| Alejandro | Flores-Santiago | TOTAL DUE: $ | 447.96 |
| Oscar | Garcia-Monge | TOTAL DUE: $ | - |
| Ricardo | Hernandez-Martinez | TOTAL DUE: $ | - |
| Mariano | Herrera-Aranda | TOTAL DUE: $ | 809.12 |
| Arturo | Juarez-Cruz | TOTAL DUE: $ | 14.44 |
| Leobardo | Lopez-Andrade | TOTAL DUE: $ | 909.44 |
| Leonel | Lopez-Olvera | TOTAL DUE: $ | 1,240.84 |
| Juan | Lopez-Sanchez | TOTAL DUE: $ | 1,203.76 |
| Jorge | Macias-Castaneda | TOTAL DUE: $ | 723.00 |
| Enrique | Maqueda-Cruz | TOTAL DUE: $ | - |
| Guillermo | Marmoldio-Trinidad | TOTAL DUE: $ | 47.08 |
| Alfredo | Marmolejo-Trinidad | TOTAL DUE: $ | 21.92 |
| Jose Luis | Marmolejo-Trinidad | TOTAL DUE: $ | - |
| Antonio | Martinez-Cruz | TOTAL DUE: $ | 20.36 |
| Timoteo | Martinez-De La Cruz | TOTAL DUE: $ | 103.90 |
| Jorge | Martinez-Morales | TOTAL DUE: $ | 17.36 |
| Angel Rafael | Orozco-Lugo | TOTAL DUE: $ | - |
| Guadalupe | Peralta | TOTAL DUE: $ | 1,130.72 |
| Ignacio | Ramos-Carrera | TOTAL DUE: $ | 1,262.12 |
| Jose Luis | Reyes-Hernandez | TOTAL DUE: $ | 200.72 |
| Javier | Rodriguez | TOTAL DUE: $ | 1,358.84 |
| Pedro | Santos-Cruz | TOTAL DUE: $ | - |
| Francisco | Soto-Diaz | TOTAL DUE: $ | 735.48 |

$ 15,092.30

# N & R Services/Gulfcoast Trucking, LLC
## Isaias Guijosa crew

| First Name | Last Name | | Total Due |
|---|---|---|---|
| Inocencio | Alvarez-Martinez | TOTAL DUE: $ | - |
| Carlos | Contreras-Nunez | TOTAL DUE: $ | 1,512.16 |
| Atalo | Delgado-Hernandez | TOTAL DUE: $ | 316.83 |
| Juan | Espinoza-Orosco | TOTAL DUE: $ | - |
| Juan M. | Francisco | TOTAL DUE: $ | 102.72 |
| Mario | Garcia | TOTAL DUE: $ | 1,403.94 |
| Martin C. | Garcia | TOTAL DUE: $ | 179.76 |
| Miguel | Garcia | TOTAL DUE: $ | 1,097.19 |
| J. Guadalupe | Garcia-Bautista | TOTAL DUE: $ | 573.32 |
| Armando | Garcia-Blancas | TOTAL DUE: $ | - |
| Juan | Garcia-Moreno | TOTAL DUE: $ | - |
| Gerardo | Garcia-Serrano | TOTAL DUE: $ | 1,028.52 |
| J. Guadalupe | Garcia-Serrano | TOTAL DUE: $ | 573.52 |
| Herminio | Guzman-Soria | TOTAL DUE: $ | 51.20 |
| Fernando | Hernandez-Rodriguez | TOTAL DUE: $ | 52.80 |
| David | Herrera-Garcia | TOTAL DUE: $ | 924.48 |
| Antonio R. | Jimenez | TOTAL DUE: $ | 546.04 |
| Bulmaro | Jimenez-Fajardo | TOTAL DUE: $ | 316.72 |
| Alfonso | Lopez | TOTAL DUE: $ | 338.12 |
| Jose M. | Luis | TOTAL DUE: $ | 966.18 |
| Eucello | Malagos | TOTAL DUE: $ | 1,049.92 |
| Guadalupe | Malagos | TOTAL DUE: $ | 990.00 |
| Gabriel | Mandujano | TOTAL DUE: $ | 1,140.76 |
| Ismael | Medina | TOTAL DUE: $ | 1,088.42 |
| Enrique | Medina-Garcia | TOTAL DUE: $ | 210.26 |
| Salomon | Medina-Garcia | TOTAL DUE: $ | 715.76 |
| Salvador | Medina-Garcia | TOTAL DUE: $ | 25.68 |
| Raymundo | Montoya-Zamora | TOTAL DUE: $ | 702.02 |
| Francisco A. | Mora | TOTAL DUE: $ | 637.82 |
| Jose H. | Rivera | TOTAL DUE: $ | 569.20 |
| Rodrigo S. | Rodriguez | TOTAL DUE: $ | 192.60 |
| Pedro | Rubio-Hernandez | TOTAL DUE: $ | 1,420.88 |
| Benjamin | Ruiz-Morales | TOTAL DUE: $ | 672.82 |
| Manuel | Ruiz-Morales | TOTAL DUE: $ | 775.66 |
| Felipe | Ruiz-Sanchez | TOTAL DUE: $ | 593.60 |
| Juan Carlos | Serrano-Perez | TOTAL DUE: $ | 1,473.60 |
| Rogelio | Serrano-Perez | TOTAL DUE: $ | 933.04 |
| | | | $ 23,175.54 |

# N & R Services/Gulfcoast Trucking, LLC
## Julio Sanchez crew

| First Name | Last Name | | Amount |
|---|---|---|---|
| Daniel | Alvares-Garcia | TOTAL DUE | $ 157.92 |
| Oscar Guadalupe | Amaya | TOTAL DUE | $ 17.12 |
| Fredi | Amaya-Gamez | TOTAL DUE | $ 17.12 |
| Cesar | Bautista-Francisco | TOTAL DUE | $ 45.50 |
| Fidencio | Butron-Reyes | TOTAL DUE | $ 317.32 |
| Rodrigo | Butron-Rios | TOTAL DUE | $ 27.30 |
| Octavio | Casiano-Cruz | TOTAL DUE | $ 21.72 |
| Pascacio | Castaneda-Chavez | TOTAL DUE | $ 76.28 |
| Roque | Esteban | TOTAL DUE | $ - |
| Primitivo | Fabian-Guerrero | TOTAL DUE | $ - |
| Javier | Flores-Bautista | TOTAL DUE | $ 600.92 |
| Juan | Gomez-Hernandez | TOTAL DUE | $ 188.66 |
| Efren | Gonzales-Chavez | TOTAL DUE | $ 418.94 |
| Juan | Gutierrez-Cruz | TOTAL DUE | $ 677.56 |
| Luis | Gutierrez-Hernandez | TOTAL DUE | $ 13.46 |
| Raymundo | Guzman-Barron | TOTAL DUE | $ 1.74 |
| Joaquin Marcelino | Hernandez | TOTAL DUE | $ 29.68 |
| Eliseo | Justo | TOTAL DUE | $ - |
| Isaias | Justo-M. | TOTAL DUE | $ - |
| Jesus Enrique | Martinez | TOTAL DUE | $ 17.12 |
| Enrique | Meraz-Matias | TOTAL DUE | $ 500.18 |
| Jose Victor | Montes-Hernandez | TOTAL DUE | $ - |
| Jose Juan | Navarro-Castillo | TOTAL DUE | $ 425.90 |
| Inocencio | Navarro-Galicia | TOTAL DUE | $ 186.06 |
| Miguel | Orellano-Cruz | TOTAL DUE | $ 260.76 |
| Isidro | Pena-Nicolas | TOTAL DUE | $ 255.86 |
| Adan | Ponciano-Hernandez | TOTAL DUE | $ 77.48 |
| Lorenzo | Rios-Santos | TOTAL DUE | $ 50.48 |
| Salvador | Sanchez-Cornejo | TOTAL DUE | $ 19.98 |
| Ezequiel | Sanchez-Patricio | TOTAL DUE | $ 996.88 |
| Melecio | Sempayo-Gomez | TOTAL DUE | $ 515.70 |
| | | | $ 5,917.64 |

# N & R Services/Gulfcoast Trucking, LLC
## Paulino Juarez crew

| | | | | |
|---|---|---|---|---:|
| Miguel | Aguilar-Garcia | TOTAL DUE | $ | 710.46 |
| Fabian | Almaras-Garcia | TOTAL DUE | $ | 701.93 |
| Joel | Almaraz-De La Cruz | TOTAL DUE | $ | 222.56 |
| Julio | Barrera | TOTAL DUE | $ | 428.00 |
| Florentino | Beltran-Beltran | TOTAL DUE | $ | 539.28 |
| Ramiro | De Santiago-Balderas | TOTAL DUE | $ | 213.22 |
| Vicencio | Garcia-Garcia | TOTAL DUE | $ | 85.88 |
| Flavio | Garcia-Gomez | TOTAL DUE | $ | 111.28 |
| Jesus | Garcia-Pineda | TOTAL DUE | $ | 342.40 |
| Josafata | Garcia-Rubio | TOTAL DUE | $ | 17.52 |
| Juan | Gaspar-Guerrero | TOTAL DUE | $ | 1,198.40 |
| Silvestre | Gaspar-Guerrero | TOTAL DUE | $ | 1,121.36 |
| J. Jesus | Guerrero-Brisand | TOTAL DUE | $ | 496.38 |
| Fortunato | Guerrero-Ledesma | TOTAL DUE | $ | - |
| Jose Eleazar | Guerrero-Mendoza | TOTAL DUE | $ | 281.52 |
| Maurcio R. | Huerta | TOTAL DUE | $ | 136.96 |
| Josehector | Juarez-Yanez | TOTAL DUE | $ | 8.56 |
| Refudio | Ledesma | TOTAL DUE | $ | 66.84 |
| Jorge | Martinez-Salazar | TOTAL DUE | $ | 17.52 |
| Luis | Mejia-Sandoval | TOTAL DUE | $ | 145.52 |
| Jose Domingo | Mendez-Velasquez | TOTAL DUE | $ | 48.48 |
| Aquileo Salumino | Moran-Chavez | TOTAL DUE | $ | 303.84 |
| Omar | Perez-Garcia | TOTAL DUE | $ | 590.64 |
| Arturo | Ramirez-Cuellar | TOTAL DUE | $ | 931.08 |
| Simon | Resendiz | TOTAL DUE | $ | 248.72 |
| Fidel | Rodriguez | TOTAL DUE | $ | 171.20 |
| Jose | Trejo-Montoya | TOTAL DUE | $ | 17.52 |
| Audencio | Yanez-Martinez | TOTAL DUE | $ | 847.44 |
| Benito | Yanez-Martinez | TOTAL DUE | $ | 102.72 |
| | | | $ | 10,107.23 |

# N & R Services/Gulfcoast Trucking, LLC
## Ramiro Gonzalez crew

| First Name | Last Name | | Amount |
|---|---|---|---|
| Enrique | Alamaras-Garcia | TOTAL DUE | $ 505.04 |
| Rogelio | Almaras-Garcia | TOTAL DUE | $ 256.80 |
| Servando | Almaras-Garcia | TOTAL DUE | $ 804.64 |
| Inocencio | Alvarez-Martinez | TOTAL DUE | $ 1,270.90 |
| Benigno | Elizondo-Mondragon | TOTAL DUE | $ 1,339.64 |
| Jose | Elizondo-Mondragon | TOTAL DUE | $ 291.06 |
| Enrique | Espinal | TOTAL DUE | $ 5.56 |
| Juan | Espinosa-Orosco | TOTAL DUE | $ 818.84 |
| Mauro | Garcia-Alva | TOTAL DUE | $ 873.12 |
| Armando | Garcia-Blancas | TOTAL DUE | $ 265.20 |
| Eduardo | Garcia-Garcia | TOTAL DUE | $ 303.88 |
| Luis | Garcia-H | TOTAL DUE | $ 300.88 |
| Noe | Garcia-H | TOTAL DUE | $ 297.60 |
| Jaime | Garcia-M | TOTAL DUE | $ 258.08 |
| Juan | Garcia-Moreno | TOTAL DUE | $ 837.00 |
| Josafata | Garcia-Rubio | TOTAL DUE | $ 1,185.56 |
| Fredy Wilmer | Giron-Mazariegos | TOTAL DUE | $ 449.40 |
| Gonzalo | Hernandez | TOTAL DUE | $ 651.84 |
| Octavio | Hernandez | TOTAL DUE | $ 202.44 |
| Alfonso | Lopez-R | TOTAL DUE | $ 231.54 |
| Juan | Lopez-R | TOTAL DUE | $ 193.88 |
| Sergio | Lopez-R | TOTAL DUE | $ 249.52 |
| Juan | Lopez-S | TOTAL DUE | $ 211.00 |
| Francisco | Lorenso | TOTAL DUE | $ 761.84 |
| Juan Manuel | Lorenzo-Aguilar | TOTAL DUE | $ 132.68 |
| Jorge | Martinez-Salazar | TOTAL DUE | $ 89.88 |
| Heriberto | Medina-Hernandez | TOTAL DUE | $ 881.68 |
| Javier | Regalado-S | TOTAL DUE | $ 1.28 |
| Trinidad | Rivera-Dominguez | TOTAL DUE | $ 149.80 |
| Abundio | Rubio-Sanchez | TOTAL DUE | $ 1,391.00 |
| Guadalupe | Santos-Silva | TOTAL DUE | $ 654.74 |
| Agustin | Serrano-S | TOTAL DUE | $ 1,199.68 |
| Julian | Servin-T | TOTAL DUE | $ 266.64 |
| Jose | Trejo-Montoya | TOTAL DUE | $ 376.64 |
| Alfredo | Valdez-S | TOTAL DUE | $ 573.52 |
| | | | $ 18,282.86 |