UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MIGUEL PASECO CASTILLO,
Individually and on behalf of all other
persons similarly situated,

        Plaintiff,

v.                                    Case No. 8:07-cv-1804-RAL-EAJ

N & R SERVICES OF CENTRAL
FLORIDA, INC.,

        Defendant.

## DEFENDANT N&R SERVICES OF CENTRAL FLORIDA, INC.'S RULE 3.08 NOTICE

COMES NOW, Defendant N&R Services of Central Florida, Inc., by and through their undersigned counsel and pursuant to Rule 3.08, Local Rules for the Middle District of Florida, hereby notify the Court that the parties have resolved the Plaintiff's claims as set forth in this litigation.

On this day, the parties file with the Court a joint motion for entry of a consent judgment.

Dated this 27th day of May, 2009.        Respectfully submitted,

                                                    /s/ Richard M. Pierro, Jr.
                                                    DAVID J. STEFANY
                                                    Florida Bar No. 438995
                                                    dstefany@anblaw.com
                                                    RICHARD M. PIERRO, JR.
                                                    Florida Bar No. 0013023
                                                    rpierro@anblaw.com

**ALLEN NORTON & BLUE, P.A.**
324 S. Hyde Park Avenue, Suite 225
Tampa, Florida 33606-4127
Telephone: (813) 251-1210
Fax: (813) 253-2006
*Attorneys for Defendant N & R Services of Central Florida, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 11, 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to J. David Richeson, Esquire, Richeson & Coke, P.A., 317 South 2nd Street / P.O. Box 4048, Fort Pierce, Florida, 34948, and Gregory S. Schell, Esquire and Alejandro T. Reyes, Esquire, Migrant Farmworker Justice Project, 508 Lucerne Avenue, Lake Worth, Florida, 33460.

/s/ Richard M. Pierro, Jr.
Attorney